**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GLENN A. MOONEYHAM** **PLAINTIFF**

**V.** **NO. 4:26-cv-00920-LPR-ERE**

**OUR HOUSE, INC., *et al.*** **DEFENDANTS**

## RECOMMENDED DISPOSITION

### I. Procedure for Filing Objections

This Recommended Disposition ("RD") has been sent to United States District Judge Lee P. Rudofsky. You may file objections to all or part of this RD. Objections must be specific, include the factual or legal basis for the objection, and be filed within fourteen days. If you do not object, you may waive the right to appeal questions of fact.

### II. Discussion

On September 9, 2026, *pro se* plaintiff Glenn A. Mooneyham filed this 42 U.S.C. § 1983 case. *Doc. 2*. With the initial filing, Mr. Mooneyham failed to either submit a complete in forma pauperis ("IFP") application or pay the statutory filing fee.

As a result, on September 14, 2026, I entered an Order denying Mr. Moneyham's initial motion to proceed IFP and directing Mr. Mooneyham to, within 30 days, either: (1) return a completed IFP application; or (2) pay the $405.00 filing

fee. *Doc. 4*. I directed the Clerk to send Mr. Mooneyham a new IFP application and specifically warned Mr. Mooneyham that his failure to comply with the Order would likely result in the dismissal of this lawsuit. *Id*.

In a September 28, 2026 Order, I again reminded Mr. Mooneyham of his obligation to either formally apply for IFP status or pay the filing fee. *Doc. 6*.

To date, Mr. Mooneyham has not submitted a completed IFP application or paid the filing fee, and the time to do so has passed.

## III. Conclusion

IT IS THEREFORE RECOMMENDED THAT:

1. Mr. Mooneyham's complaint be DISMISSED, without prejudice, based on his failure to: (1) comply with the September 14, 2026 Order; (2 ) address the filing fee requirement; and (3) prosecute this lawsuit.

2. The Clerk be instructed to close this case.

Dated 20 October 2026.

UNITED STATES MAGISTRATE JUDGE