**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**GLENN A. MOONEYHAM** **PLAINTIFF**

**v.** **Case No: 4:26-cv-00920-LPR**

**OUR HOUSE INC, et al.** **DEFENDANTS**

# ORDER

The Court has reviewed the Recommended Disposition (RD) submitted by United States Magistrate Judge Edie R. Ervin (Doc. 7). No objections have been filed, and the time for doing so has expired. After a *de novo* review of the RD, along with careful consideration of the entire case record, the Court hereby approves and adopts the RD in its entirety as this Court's findings and conclusions in all respects.

Accordingly, Plaintiff's Complaint is DISMISSED without prejudice for failure to: (1) comply with the Court's September 14, 2026 Order; (2) address the filing fee requirement; and (3) prosecute this lawsuit. The Clerk is directed to close this case. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order or the accompanying Judgment would not be taken in good faith.

IT IS SO ORDERED this 19th day of November 2026.

LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE